# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOANI RODRIGUEZ-GUTIERREZ,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 25-cv-02726-BAS-SBC<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER (ECF No. 4)** |

Petitioner Loani Rodriguez-Gutierrez filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) To preserve its jurisdiction, the Court found it appropriate to enjoin Respondents from removing Petitioner to a country other than Cuba without notice and an opportunity to be heard. (ECF No. 4.) The Court noted that its temporary restraining order would expire fourteen days after entry unless extended by the Court. (*Id.*) The Court needs time to hear the Petition and consider the parties' briefs. Therefore, for good cause, the Court extends the temporary restraining order for an additional fourteen days. *See* Fed. R. Civ. P. 65(b)(2).

**IT IS SO ORDERED.**

**DATED: November 4, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

- 1 -

25cv2726