UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOANI RODRIGUEZ-GUTIERREZ,<br><br>                  Petitioner,<br><br>  v.<br><br>KRISTI NOEM, *et al.*,<br><br>                  Respondents. | Case No. 25-cv-02726-BAS-SBC<br><br>**ORDER:**<br><br>**(1) GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1); AND**<br><br>**(2) GRANTING MOTION FOR INJUNCTIVE RELIEF (ECF No. 4)** |

      Petitioner Loani Rodriguez-Gutierrez filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, as well as a Motion for Injunctive Relief. (ECF Nos. 1, 4.) After the Petition was fully briefed, the Court held a hearing on the Petition.

      For the reasons expressed at the hearing, the Court **GRANTS** the Petition and the Motion for Injunctive Relief. Specifically, the Court finds Petitioner's detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001), because there is no reasonable likelihood of removal in the reasonably foreseeable future. The Court also finds that Petitioner's detention violated the regulatory requirements for re-detention. *See* 8 C.F.R. § 241.13. Accordingly, the Court issues the following writ:

The Court **ORDERS** Respondents to immediately release Petitioner Loani Rodriguez-Gutierrez, A073-230-020, from custody under the same conditions of release that existed before his re-detention.

The Court also finds it appropriate to grant permanent injunctive relief as follows:

Respondents are **PROHIBITED** from removing Petitioner Loani Rodriguez-Gutierrez, A073-230-020, to any country other than Cuba without providing Petitioner with notice and an opportunity to be heard.

Respondents are **PROHIBITED** from re-detaining Petitioner Loani Rodriguez-Gutierrez, A073-230-020, unless there has been a change in circumstances that creates a reasonable likelihood of his removal in the reasonably foreseeable future.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: November 7, 2025**

*[signature]*

**Hon. Cynthia Bashant, Chief Judge
United States District Court**