

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See Attachment | Civil Action No. 25-cv-02726-BAS-SBC |
| **Plaintiff,** V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS the Petition and the Motion for Injunctive Relief. This case is hereby closed.

Date:     11/7/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M.Williams
　　　　　　　　　　　　　　M.Williams, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>25-cv-02726-BAS-SBC</u>

Petitioner : Loani Rodriguez-Gutierrez

v.

Respondent: Kristi Noem, Secretary of the Department of Homeland Security; Pamela Jo Bondi, Attorney General; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement; Jesus Rocha, Acting Field Office, Director San Diego Field Office; and Christopher LaRose, Warden at Otay Mesa Detention Center;